IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br>MICKEL QUILES SERRANO<br>ANA MIRCAS ARAUJO FEBLES<br>Urb. Vistas de Camuy<br>G-17 Calle 2<br>Camuy PR 00627<br><br>SS xxx-xx-4120<br>   xxx-xx-9238<br>Debtor's | BANKRUPTCY 19-04782 MCF<br>CHAPTER 7 |

## NOTICE TO CREDITORS & OTHER PARTIES IN INTEREST

NOTICE IS HEREBY GIVEN THAT:

A §341 Meeting of Creditors will be held at the OCHOA BUILDING, TANCA ST., 1st FL., COMERCIO ST ENTRANCE, OLD SAN JUAN, PUERTO RICO on **October 23, 2019 at 11:30 a.m.** to consider the following matter:

**§341 MEETING OF CREDITORS previously** scheduled for October 10, 2019 at 11:30 a.m. has been rescheduled to **October 23, 2019 at11:30 a.m.**

**CERTIFY:** On this same date this Notice has been electronically filed and caused to be noticed to participants. A copy has also been mailed by regular mail to all other creditors and parties in interest pursuant to the attached matrix.

In Caguas for San Juan this 11 of October, 2019

*/s/* *L.A. Morales*

USDC 121100
L.A. MORALES & ASSOCIATES P.S.C.
URB VILLA BLANCA
CAGUAS, PUERTO RICO 00725-1908
TEL.: 746-2434 FAX: 258-2658
E-MAIL: lamoraleslawoffice@gmail.com

1